

**BRYAN T. DAKE**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, Montana 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
Email: bryan.dake@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR ELVIN LOPEZ,<br><br>Defendant. | CR 18-120-BLG-SPW<br><br>INDICTMENT<br><br>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>(Count I)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>(Count II)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

1

|  | FOREFEITURE<br>Title 21 U.S.C. § 853(a)(1) and (2)<br>Title 21 U.S.C. § 881(a)(11)<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or before January 2018, and continuing through at least July 2018, near Bridger and within Carbon County, in the State and District of Montana, and near Powell and within Park County, in the State and District of Wyoming, and elsewhere, the defendant, VICTOR ELVIN LOPEZ, with others both known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to possess, with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about January 12, 2018, near Bridger and within Carbon County, in the State and District of Montana, the defendant, VICTOR ELVIN LOPEZ, knowingly possessed, with the intent to distribute, at least 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of

21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this indictment, the defendant, VICTOR ELVIN LOPEZ, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the offenses in the indictment; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, the offenses in the indictment, including, but not limited to a personal money judgment.

A TRUE BILL.      Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

for _____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

3

Crim. Summons _____
Warrant: ✓ (state custody)
Bail: _____