BRYAN T. DAKE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
3601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Bryan.Dake@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR ELVIN LOPEZ,<br><br>Defendant. | CR 18-120-BLG-SPW<br><br><br><br>**PETITION FOR WRIT OF HABEAS CORPUS** (For Prosecution) |
|---|---|

The United States of America, represented by Assistant United States Attorney Bryan T. Dake petitions the Court to issue a Writ of Habeas Corpus directing Josh McQuillan, Warden of Montana State Prison and Rod Ostermiller,

1

United States Marshal for the District of Montana, to bring victor Elvin Lopez before the Court at the following time and place:

>   9:00 a.m. on May 24, 2019
>   United States Magistrate Court
>   Billings, Montana

The presence of Victor Elvin Lopez is needed for him to appear to the indictment charging him with conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846, and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841 (a)(1).

Victor Elvin Lopez is currently housed at the Carbon County Jail in Red Lodge, MT and therefore cannot appear before this Court unless this Writ is issued.

DATED this 18th day of April, 2019.

>   KURT G. ALME
>   United States Attorney
>
>   /s/ Bryan T. Dake
>   BRYAN T. DAKE
>   Assistant U.S. Attorney