Russ Hart
Netzer Law Office
301 North 27th Street, Ste 100
Billings, MT 59101
406-534-7800
406-433-5513 (Fax)

*Attorney for the Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>VICTOR ELVIN LOPEZ,<br><br>                Defendant. | Case No. CR 18-120-BLG-SPW<br><br>NOTICE OF APPEARANCE |

      The Defendant, Victor Elvin Lopez, by and through counsel, hereby notifies the Court and the County Attorney of his appointment of Russ Hart and Netzer Law Office, P.C. as his attorney of record in the above Cause.

      Submitted May 23, 2019.

                                        /S/ Russ Hart
                                        Attorney for Victor Lopez

CERTIFICATE OF SERVICE

On the above date, the foregoing document was upon the below attorney of record as follows:

Bryan Dake
US Attorney's Office
District of Montana
2601 2nd Ave N.
Billings, MT 59101
Bryan.Dake@usdoj.gov

/S/ Russ Hart