FILED

OCT 15 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-120-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER TO SEAL |
| VICTOR ELVIN LOPEZ, | |
| Defendant. | |

Upon the United States' Motion for Leave to File Exhibits B Through D Under Seal (Doc. 27), and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the United States' Motion for Leave to File Under Seal is **GRANTED**. The United States may file its Exhibits B through D under seal.

Dated this 15th day of October, 2019.

SUSAN P. WATTERS
United States District Judge

1