# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **VICTOR ELVIN LOPEZ,** Defendant. | CR 18-120-BLG-SPW-TJC **ORDER GRANTING MOTION TO FILE UNDER SEAL** |

The United States has moved the Court for leave to file under seal Exhibit 2 (Doc. 38) to its motion to suppress response (Doc. 37). Good cause appearing,

IT IS ORDERED that the motion to file Exhibit 2 under seal is GRANTED.

DATED this 31st day of October, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge