Russ Hart
Netzer Law Office
301 North 27th Street, Ste 100
Billings, MT 59101
406-534-7800
406-433-5513 (Fax)
russhartnlo@midrivers.com

*Attorney for the Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 18-120-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE DEFENDANT |
| VICTOR ELVIN LOPEZ, | |
| Defendant. | |

Russ Hart, the undersigned attorney of record in this matter, hereby seeks leave of this Court to withdraw as the attorney for Victor Lopez. This Motion is accompanied by the written consent of Victor Lopez, which is signed by the Defendant and the attorney in accordance with L.R. 83.3(b)(1)(A). It is anticipated that Mr. Lopez will request appointment to the Federal Defenders of Montana.

At the time of this Motion, Mr. Lopez's last known address is:

Big Horn County Detention Center
415 Murphy St
Basin, WY 82410

Leave to withdraw is being sought at Mr. Lopez's request.

SUBMITTED January 23, 2020

/S/   Russ Hart

1 | P a g e

CERTIFICATE OF SERVICE

On the above date, the foregoing document was upon the below attorney of record via CM-ECF:

Bryan Dake
US Attorney's Office
District of Montana
2601 2nd Ave N.
Billings, MT 59101
Bryan.Dake@usdoj.gov

/S/ Russ Hart