**VERNON E. WOODWARD**
**WOODWARD LAW FIRM, PLLC**
49 North 15th Street, Suite 1
P. O. Box 1657
Billings, MT 59103-1657
Telephone: (406) 294-5585
Facsimile: (406) 294-5586
vern@woodwardlaw-mt.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | ) | Cause No. CR-18-120–BLG-SPW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO VACATE CHANGE** |
| | ) | **OF PLEA HEARING** |
| VICTOR ELVIN LOPEZ, | ) | |
| Defendant. | ) | |

Defendant hereby moves the Court to vacate the change of plea hearing set for April 28, 2020, and to reset this matter for trial.

RESPECTFULLY SUBMITTED this 27th day of April, 2020.

/s/ Vernon E. Woodward
Vernon E. Woodward

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| _____ | Hand Delivery |
| _____ | Fax |
| 3 | Mail |
| _____ | E-Mail |

1. CLERK, U.S. DISTRICT COURT

2. BRYAN DAKE,
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Ste. 3200
   Billings, Montana 59101
       Counsel for the United States

3. Victor Elvin Lopez,
       Defendant

                                                   /s/ Vernon E. Woodward