IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VICTOR ELVIN LOPEZ,<br><br>　　　　　　Defendant. | CR 18-120-BLG-SPW-TJC<br><br>**ORDER SETTING CHANGE OF PLEA HEARING** |

　　Defendant has filed a motion to vacate the change of plea hearing. (Doc. 74.) Accordingly, IT IS HEREBY ORDERED that the change of plea hearing set for April 28, 2020 at 9:30 a.m. is VACATED.

　　DATED this 27th day of April, 2020.

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　United States Magistrate Judge