STEVEN C. BABCOCK
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana  59101
steven_babcock@fd.org
Phone:  (406) 259-2459
Fax:  (406) 259-2569
    Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR ELVIN LOPEZ,<br><br>Defendant. | Case No. CR-18-120-BLG-SPW<br><br>**MOTION TO WITHDRAW<br>AS ATTORNEY OF RECORD<br>AND APPOINTMENT OF<br>CJA PANEL ATTORNEY** |

**COMES NOW** Defendant VICTOR ELVIN LOPEZ, by and through his attorney, STEVEN C. BABCOCK, Assistant Federal Defender, and the FEDERAL DEFENDERS OF MONTANA and moves the Court for an order allowing him to withdraw from the above-referenced case and for the appointment of new CJA counsel.

Mr. Lopez has filed a pro se motion expressing his grievances with the undersigned. Additionally, Mr. Lopez has refused to talk with the undersigned. There is a disagreement about the filing of additional pretrial motions that has brought the attorney/client relationship to a standstill.

It is unfortunate that this motion had to be filed, however, Mr. Lopez deserves counsel that he can work with to resolve the pending issues and assist with his defense. The undersigned is unable to effectively represent Mr. Lopez at this time.

Undersigned counsel respectfully requests that he be allowed to withdraw and Daniel Ball, CJA Panel Attorney, be appointed to represent the defendant for all further hearings.

Bryan Dake, Assistant United States Attorney, has been contacted and takes no position on said motion.

**RESPECTFULLY SUBMITTED** this 27th day of August, 2020.

    /s/ Steven C. Babcock
    STEVEN C. BABCOCK
    Federal Defenders of Montana
    Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on August 27, 2020, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| _1_ | CM-EDF |
| ___ | Hand Delivery |
| _3_ | Mail |
| ___ | Overnight Delivery Service |
| ___ | Fax |
| _2_ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. BRYAN DAKE
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
       Counsel for the United States.

3. VICTOR ELVIN LOPEZ
       Defendant

    /s/ Steven C. Babcock
    STEVEN C. BABCOCK
    Federal Defenders of Montana
      Counsel for Defendant