IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR ELVIN LOPEZ,<br><br>Defendant. | CR 18-120-BLG-SPW<br><br>ORDER |

For the reasons stated on the record at the hearing held in open court on November 13, 2020,

**IT IS HEREBY ORDERED** that Defendant's Letter (Doc. 89) requesting a new attorney is considered WITHDRAWN and therefore DENIED as moot.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 13th day of November, 2020.

SUSAN P. WATTERS
United States District Judge