IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR ELVIN LOPEZ,<br><br>Defendant. | CR 18-120-BLG-SPW<br><br>ORDER |

For the reasons stated on the record at the hearing held on February 8, 2021,

**IT IS HEREBY ORDERED** that Defendant's Pro Se Letter (Doc. 100) requesting this court terminate counsel is **DENIED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 8th day of February, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge