**DANIEL BALL**
**HENDRICKSON LAW FIRM, P.C.**
208 North Broadway, Suite 324
P.O. Box 2502
Billings, MT  59103-2502
Telephone: (406) 245-6238
Facsimile:  (406) 245-6253
dan@hendricksonlawmt.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

- - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>           Plaintiff,        )<br>                              )<br>vs.                           )<br>                              )<br>                              )<br>VICTOR ELVIN LOPEZ           )<br>                              )<br>           Defendant.        )<br>_____ ) | Case No. CR 18-120-BLG-SPW<br><br>**UNOPPOSED MOTION TO CHANGE PLEA** |

   COMES NOW Defendant, Victor Elvin Lopez, by and through his attorney of record, and respectfully requests that the Court set a change of plea hearing in this matter.

   The basis of this Motion is that the Defendant and he United States have agreed upon a Plea Agreement in this matter. The Defendant is in receipt of the Plea Agreement and the Defendant advised counsel on this date that he intends to execute the Plea Agreement and desires to change his plea.  The Defendant is incarcerated in the Big Horn County Detention Facility in Basin, Wyoming.

1

Undersigned counsel will make arrangements to obtain the plea agreement from the facility.

The United States of America, through Assistant United States Attorney Bryan Dake, has been advised of the Defendant's intent to change his plea in this matter.

DATED this 8th day of February, 2021.

/s/ DANIEL BALL
DANIEL BALL
Attorney for Defendant