FILED

FEB 22 2021

Clerk, U.S. Courts
District Of Montana
Billings Division

Victor Elvin Lopez
  Defendent                    CR 18-120 BIG-SPW
  VS
United States of America       Notice of Appeal
  Plaintiff

Here comes Victor Elvin Lopez wishing to have the Feb 8, 2021 Decision appeal to the Cheif Judge for the District of Montana.

at the Feb 8, 2021 Hearing I was denied counsel stateing that I wouldnt Be Happy with any counsel therefore Denieing me new counsel

Dated this 18th day of Feb

Victor Elvin Lopez
Victor Elvin Lopez
Big Horn County Jail
P.O. Box 47
Basin WY 82410

Certificate of Service Mail to AUSA


Dated this 18th day Feb. 2021

Victor Elwin Lopez
Victor Elwin Lopez
Big Horn County Jail
P.O. Box 47
Basin WY 82410