IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR ELVIN LOPEZ,<br><br>Defendant. | CR 18-120-BLG-SPW<br><br>ORDER |

Upon the Defendant's Pro Se Notice of Appeal (Interlocutory) (Doc. 108),

**IT IS HEREBY ORDERED** that the Change of Plea Hearing presently set for Thursday, February 25, 2021 at 9:30 a.m. is **VACATED.**

**IT IS FURTHER ORDERED** that this case is **STAYED** pending further notice from the Ninth Circuit Court of Appeals. For purposes of the Speedy Trial Act, any delay caused by this interlocutory appeal is excluded. 18 U.S.C. § 3161(h)(1)(C).

The clerk is directed to notify the parties of the entry of this Order.

DATED this 23rd day of February, 2021.

SUSAN P. WATTERS
United States District Judge