FILED
APR 08 2021
Clerk, U.S. Courts
District Of Montana
Billings Division

**BRYAN T. DAKE**
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, Montana 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
Email:  bryan.dake@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**VICTOR ELVIN LOPEZ,**<br><br>Defendant. | **CR 18-120-BLG-SPW**<br><br>**SUPERSEDING INFORMATION**<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE  METHAMPHETAMINE**<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum five years to forty years imprisonment, $5,000,000 fine, and at least four years supervised release)<br><br>**FORFEITURE**<br>Title 21 U.S.C. § 853(a)(1) and (2)<br>Title 21 U.S.C. § 881(a)(11)<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |

1

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 12, 2018, near Bridger and within Carbon County, in the State and District of Montana, the defendant, VICTOR ELVIN LOPEZ, knowingly possessed, with the intent to distribute, 5 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this indictment, the defendant, VICTOR ELVIN LOPEZ, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11), any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of said violation; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of said offense.

///

///

///

///

///

///

///

DATED this 22nd day of February, 2021.

_____
BRYAN T. DAKE
Assistant U.S. Attorney

_____
LEIF JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney