AUGUST 1, 2021

TO WHOM IT MAY CONCERN:

My name is Ayda Hamann and am one of 10 of Victor's siblings.

I have been a Registered Nurse for 37 years and currently own my own healthcare company. I am married and have 2 boys.

I am writing this letter of support on behalf of Victor Lopez who has pleaded guilty to one count of Possession of Drugs with Intent to distribute and is to be sentenced August 18th, 2021.

We were raised as Catholic migrant farm workers, the oldest children who included Victor never had a stable school and or home life as we were constantly moving. Our father, (my biological) and Victor's stepfather was verbally and at times physically abusive to my older 5 siblings again which included Victor. They were not allowed to eat at the table with him and they were in constant fear of him.

As he got older, things did get somewhat better for Victor as we settled in Powell WY. Our father had a fulltime job as a farmhand, Victor was able to graduate and was one of the first to do so in our family. His sense of humor and quick wit endeared him to everyone he met. He always took care of us younger kids and family always came first.

He moved out and got married. His wife of 3 years did not want any children and ended a pregnancy against Víctor' wishes. This started a drinking binge that has never stopped. He was a functional alcoholic, always held a job but drank too much. He was in and out of jail with DUI's, always able to get out, go back to his job. He was arrested in late 1990's for meth /drug selling and was sentenced to prison. After that he was in and out of jail.

In 2006 he did help care for our father in his last year of life. Our father did apologize in his own way, but it was a little too late as the psychological damage had already affected Victor. After his death, Victor moved in and out of our mother's house helping her when he wasn't incarcerated. The last 6 months of our mother's life he moved in and took total care of her including bathing,

changing attends etc. At the time of her death in 2014, he was incarcerated and was allowed one last visit in hospice house by Cody police dept.

From 2014-2016 he did hold down a full-time job in construction but never could quit drinking. He got hurt on the job and was diagnosed with schizophrenia. He went on social security disability and had a fixed income. This is when he started to get more into his addiction. Next thing our family knows is that he's selling and using meth and has been arrested.

Our family has always been supportive of Victor but not during his addiction as we couldn't help him. When he does get out, he will have 6 family members who are willing to help and support him thru his recovery. I have also saved all his social security money he has received, and he will have enough to be able to get an apartment as well any of the necessary living amenities.

      When you do meet Victor at his court appearance just know that he is loved by his family and has a whole support system backing him, we have not left his side, and do not plan to do so. I know he has goals, and ambitions, and again I know he is fully capable of achieving those goals.

Sincerely,

*Ayda Hamann*

Ayda Hamann