Honorable Susan P. Watters

Letter of Acceptance

Your Honor I'm writing this letter to take full responsibility for my actions. Since I been in jail I had plenty of time to think about my mistakes, that I made and take full responsibility for it. In order for me to accept responsibility ① First I must accept that I'm the cause and not the victim of what happens to me and ② that I have to accept things for what they are cause I can't change people, places, or things cause I'm not god. The only thing I can change is me. While in prison I plan to learn a trade, attend A/A-N/A plus learn all I can about my addiction to learn more about effects it had on me my family. I hope when release I will reunite with my ② daughters and new grandson and be the best that I can for them.

Thank you for your time
in this matter
Sincerly   Victor Lopez